CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Seward
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

AVEPOINT, INC.,

AVEPOINT PUBLIC SECTOR, INC., and

GARY HERMAN

    Plaintiffs,

v.                                   Case No. 7:18-cv-00055-GEC

METALOGIX SOFTWARE US, INC., and

GARTH LUKE

    Defendants.

## FINAL ORDER

THIS DAY came Plaintiffs AvePoint, Inc., AvePoint Public Sector, Inc. and Gary Herman and Defendants Metalogix Software US, Inc. and Garth Luke (each individually, a "Party" and collectively, the "Parties"), advising the Court that the matters in dispute in this action have been resolved and requesting that this Court enter a Final Order herein confirming their resolution and dismissing the action with prejudice.

It appearing proper to do so, it is therefore ORDERED that this case is dismissed from the docket with prejudice, with each Party to bear its or his own attorneys' fees, costs and expenses. The Clerk is directed to send a certified copy of this Final Order to all counsel of record in this action.

It is SO ORDERED.

Dated March 18, 2019

_____
Honorable Glen E. Conrad
Senior United States District Judge

29335/1/8712590v1